AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00282 |
| Jared Luther Owens | ) Assigned To : Faruqui, Zia M. |
| | ) Assign. Date : 10/26/2023 |
| | ) Description: Complaint W/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jared Luther Owens,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) – Obstruction of Law Enforcement During Civil Disorder
18 U.S.C. § 111(a)(1), and (b) and 18 U.S.C. § 2, Assault Law Enforcement Officer with a Deadly or Dangerous Weapon, Attempt
18 U.S.C. § 1752(a)(1) -- Enter or Remain in any Restricted Building or Grounds Without Lawful Authority
18 U.S.C. § 1752(a)(2) – Disorderly and Disruptive Conduct in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(4) – Engaging in Physical Violence in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D) – Disorderly Conduct on Capitol Grounds or in an of the Capitol Buildings
40 U.S.C. § 5104(e)(2)(F) – Engaging in Physical Violence in the Capitol Grounds or any of the Capitol Buildings
40 U.S.C. § 5104(e)(2)(G) – Parade, Demonstrate, or Picket in any of the Capitol Buildings.

Date:   10/26/2023

Zia M. Faruqui
2023.10.26
12:22:08
-04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.     Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/26/23, and the person was arrested on *(date)* 10/27/23
at *(city and state)* _____

Date: 10/30/23

*Arresting officer's signature*

Russell M Windsor DUSM
*Printed name and title*